# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES--GENERAL

Case No.  **EDCV 12-1728-CAS (RNB)**                              Date: **February 25, 2013**

Title:  **John Harold Clark v. San Bernardino County Deputy Sheriff J. Thompson, et al.**

================================================================

**DOCKET ENTRY**

================================================================

PRESENT:

**HON. ROBERT N. BLOCK, UNITED STATES MAGISTRATE JUDGE**

| Kerri Hays | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

   None Present                                                            None Present

**PROCEEDINGS:  (IN CHAMBERS)**

The Court is informed that plaintiff has yet to return to the Marshal the service packages sent to him on or about October 22, 2012, after the Court ordered service on defendants Thompson, McDaniel, Lewis, Ramirez, and Lockhart in their individual capacities.  Without the service packages, the Marshal is unable to effectuate service of process on those defendants.

Accordingly, on or before **March 29, 2013**, plaintiff is ORDERED to either return the service packages to the Marshal or show cause in writing why this case should not be dismissed for failure to prosecute.