I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL. POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 4.12.13

DEPUTY CLERK

JS-6 Entered

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JOHN HAROLD CLARK,

    Plaintiff,

vs.

SAN BERNARDINO COUNTY DEPUTY SHERIFF J. THOMPSON, et al.,

    Defendants.

Case No. EDCV 12-1728-CAS (RNB)

**JUDGMENT**

In accordance with the Order Re Dismissal of Action for Failure to Prosecute filed herein,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: 4/9/13

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE